UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA ROSEANNA VECCHIO,

            Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

CIVIL ACTION NO.: 20 Civ. 8105 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 9, 2021, Defendant Commissioner of Social Security ("Commissioner") requested an extension of time until April 12, 2021, to file the certified administrative record ("CAR") in this action. (ECF No. 13). The Court granted the Commissioner's request on March 10, 2021. (ECF No. 14). Defendant Commissioner has not filed the CAR, nor has it requested a further extension of the deadline to do so. Accordingly, by **Thursday, April 22, 2021**, the Commissioner shall file the CAR.

Dated:     New York, New York
             April 15, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge