**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSICA ROSEANNA VECCHIO,

               Plaintiff,

-against-                                                                 20 CIVIL 8105 (MKV)(SLC)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2022, and the Court, having reviewed the thorough and well-reasoned report of Magistrate Judge Cave, and having conducted de novo review of the portions to which the Plaintiff objects, agrees with Magistrate Judge Cave's recommendation. The Report is ADOPTED in its entirety, Plaintiff's motion judgment on the pleadings is DENIED, and the Commissioner's motion judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 24, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                    BY:

                                                                        **Deputy Clerk**